# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-972
LT Case No. 2020-DP-86

_____

J.D., FATHER OF C.D., I.D., AND
J.D., CHILDREN,

    Appellant,

    v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

    Appellee.

_____


On appeal from the Circuit Court for Citrus County.
Hale R. Stancil, Judge.

John N. Bogdanoff, of The Carlyle Appellate Law Firm, Orlando,
for Appellant.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, of
Statewide Guardian ad Litem, Tallahassee, and Beth Kathryn
Roland, of Family First Firm, Orlando, for Appellee.

September 21, 2023


PER CURIAM.

    AFFIRMED.

KILBANE, MACIVER, and PRATT, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————